# Court of Appeals
# of the State of Georgia

ATLANTA, April 02, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0174.  CAPARCO v. AUBEN REALTY LLC.

Upon consideration of James Caparco's Emergency Motion for Supersedeas, said motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 04/02/2026

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*